U. S. Blow Pipe & Dust Collecting Company, appellee, v. Samuel Kleiman and Louis Kleiman, trading as Kleiman Brothers, and S. Kleiman Company, appellants. Gen. No. 24,259.

Action for purchase price under contract of sale. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

Israel Cowen, for appellants. Henry N. Miller, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Arnett Baker, plaintiff in error. Gen. No. 24,401.

Prosecution for larceny. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 30, 1919.

Ellis & Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Maria Zuromski, defendant in error, v. Duke M. Farson et al., plaintiffs in error. Gen. No. 24,826.

Proceeding on writ of error dismissed as to all plaintiffs in error from joint judgment against tort-feasors, upon settlement of all claims by defendant in error with one plaintiff in error. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Dismissed on motion of joint defendant after settlement by codefendant and dismissal as to him. Opinion filed April 30, 1919.

Landon & Holt, for plaintiffs in error. Samuel H. Gilbert, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Hiram L. Lanphear, plaintiff in error, v. Wahl Adding Machine Company, defendant in error. Gen. No. 24,009.

Bill for accounting. Dismissal for want of equity. Error to the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed April 30, 1919.

Thomas E. D. Bradley and Samuel A. Harper, for plaintiff in error. Winston, Strawn & Shaw, for defendant in error; Silas H. Strawn and Walter H. Jacobs, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Arthur Wade, appellee, v. Excavators Teaming Company, appellant. Gen. No. 24,191.

Action to recover damages for injury to horse. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

Adams, Crews, Bobb & Wescott, for appellant. Myer Linker, for appellee.

Mr. Justice Thomson delivered the opinion of the court.